IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-19 |
| | ) | |
| | ) | |
| SCOTT TYREE. | ) | |

**MOTION FOR LEAVE TO PROVIDE DEFENDANT WITH FILE**

R. Damien Schorr, counsel for defendant Scott Tyree, moves this Court for leave to provide Mr. Tyree with a copy of his file and states:

1. I was Mr. Tyree's attorney while his case was active and am still his attorney of record.

2. Mr. Tyree recently contacted me and asked for his file to be sent to him care of one of his trusted friends.

3. On May 13, 2008, the late Judge William Standish entered an order impounding Mr. Tyree's case in the closed filing system of the Clerk's office. That order directed that "Pleadings 123, 177, 187, 188, 189, 190, 207, 208, 210, 211 and 212 are to remain sealed with a copy of this order attached to the envelope and to the file folder. Anyone desiring to view the impounded case shall file a request to the clerk with notification to all parties. These pleadings are to remain sealed for the next 10 years."

4. In Pennsylvania the client has an ownership interest in the entire file, which would include all of the pleadings sealed by Judge Standish on May 13, 2008. In an abundance of caution, I am asking this Court for leave to provide Mr. Tyree with an entire copy of his file.

WHEREFORE, R. Damien Schorr, counsel for defendant Scott Tyree, moves this Court for leave to provide Mr. Tyree with his entire file. A proposed Order is attached.

                                                  Respectfully submitted,

                                                  /s/ R. Damien Schorr
                                                  R. Damien Schorr
                                                  Pa. Id. No. 62928

                                                  Counsel for defendant Scott Tyree

Dated: September 14, 2016