UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America,<br>   Plaintiff,<br><br>   v.<br><br>Scott Tyree,<br>   Defendant, pro se. | )<br>)<br>)<br>) Case No.: 02-19-1<br>)<br>)<br>) |

**FILED**

DEC 0 4 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

NOTICE OF ADDRESS CHANGE

Notice is hereby given that effective December 4, 2018, my mailing address will be:

>Scott Tyree
>339 Blvd. of the Allies
>Pittsburgh, PA   15222

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 19th day of November, 2018.

Respectfully submitted,

*/s/ Scott Tyree*

Scott Tyree
Reg. #45380-083

FCI-1
P.O. Box 1000
Butner, NC   27509-1000