IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.                                                                    2:01-cr-00019-AJS

SCOTT TYREE,
    Defendant.

## ENTRY OF APPEARANCE

Please enter the appearance of Emily E. Town as counsel for the victim, A.K., in the above-captioned matter, pursuant to the Crime Victims' Rights Act, 18 U.S.C. 3771.

    Respectfully submitted,

    s/Emily E. Town
    Emily E. Town
    PA Bar No. 309881

    Rothman Gordon, P.C.
    310 Grant Street
    Third Floor, Grant Building
    Pittsburgh, PA 15219

    (412) 338-1168

    *Attorney for A.K.*