IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.                                                                                          2:01-cr-00019-AJS

SCOTT TYREE,
      Defendant.

### PETITIONER'S MOTION FOR RELIEF PURSUANT TO
### THE CRIME VICTIMS' RIGHTS ACT, 18 U.S.C. § 3771

      Petitioner, A.K., the victim in the above-referenced criminal matter, seeks relief from this Court pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771, as set forth herein and in more detail in the accompanying Memorandum in Support, specifically:

1. An order transferring the Defendant to a Residential Re-entry Center away from Pittsburgh, Pennsylvania or A.K.'s current residence (which will be provided to the Court *in camera* to protect the victim's privacy), to serve the remainder of his period of incarceration prior to his release currently set for April 6, 2019—and to serve any additional period as a condition of supervised release as requested by the U.S. Probation Office in Doc. No. 257; and

2. An order permanently enjoining the Defendant from directly or indirectly contacting A.K. or any other member of her immediate family, including, but not limited to, her mother, father, brother, and spouse; and

3. An order that Defendant must reveal the name of the individual(s) to whom his criminal case file information has been revealed, as indicated in his Motion at Doc. No. 244; and

4. Permission for A.K.'s Counsel to view the entire criminal case file in this matter, including any documents currently impounded pursuant to the Orders at Doc. Nos. 254 and 241; and

5. The opportunity to supplement this motion for relief, as appropriate, after seeing the information contained in the criminal case file; and

6. The opportunity to be heard, through Counsel, at the hearing on the Probation Office's Request for Modification of the Conditions or Term of Supervision, set for March 21, 2019, regarding the imposition of conditions of supervised release. Doc. No. 259.

        Respectfully submitted,

        s/Emily E. Town
        Emily E. Town
        PA Bar No. 309881

        Rothman Gordon, P.C.
        310 Grant Street
        Third Floor, Grant Building
        Pittsburgh, PA 15219

        (412) 338-1168

        *Attorney for A.K.*