PROB 12D
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Show Cause Hearing
## Modification of the Conditions or Term of Supervision

| | | |
|---|---|---|
| Offender: | Scott Tyree | Docket No.:2:02CR00019 |
| Sentencing Judge: | William L. Standish, Senior United States District Judge | |
| Current Judge: | Arthur J. Schwab, United States District Judge | |
| Date of Original Sentence: | September 26, 2003 | |
| Original Offense: | Count 2) 18 U.S.C. §2423 (b) Travel with Intent to Engage in a Sexual Act With a Juvenile | |
| | Count 4) 18 U.S.C. §2251(a) Sexual Exploitation of a Minor. | |
| Original Sentence: | 235 months of imprisonment; 36 months of supervised release at both counts to run concurrently | |
| Special conditions: | Substance Abuse Testing, Financial Disclosure, Mental Health Treatment, Sex Offender Treatment, No New Debt/Credit, Sex Offender Registration, Special Assessment, Restitution - Money, No Contact with Minors, Computer/Internet Restrictions, Forfeiture, Financial Address Change to AUSA, Drug Treatment, Polygraph Examination, No Possession of Child Pornographic Materials, No Possession of Pornographic Materials | |
| Type of Supervision: | Supervised Release                    Date Supervision Commenced: to commence on April 6, 2019 | |
| Prior Court History: | 3/21/2019: Show Cause Hearing on Modification of the Conditions (hearing continued) | |
| | 3/27/2019: Show Cause Hearing on Modification of the Conditions (Hearing continued. Set for 4/2/19) | |

### PETITIONING THE COURT

The defendant, not having waived a hearing, the probation officer requests that a show cause hearing be scheduled to modify the conditions of supervision as follows:

The defendant shall be placed at a residential re-entry center in the Western District of Pennsylvania or elsewhere, for a period of up to 180 days. Placement at the residential re-entry center to be done as soon as arrangement can be made by the Probation Office. While at the residential re-entry center, the defendant shall participate in any treatment or workforce development programs as directed and shall abide by all rules of the facility. The offender's subsistence fee is waived.

### CAUSE

As of the date of this filing, the defendant does not have a viable home plan. Placing the defendant at a residential re-entry center for up to six months will allow him to continue to seek employment and housing.

Offender: Scott Tyree
Docket No.:2:02CR00019
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Michael Howard
U.S. Probation Officer Specialist

Approved By: _____
Romona Clark
Assistant Deputy Chief U.S. Probation Officer
Date: _____4/1/2019_____

**THE COURT ORDERS:**

☐ No Action

☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Court Room no. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why the conditions of supervision should not be modified.

☐ Other: _____

_____
Arthur J. Schwab
Senior United States District Judge

_____
Date