IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　　　Criminal No. 02cr19
　　　　　　　　　　　　　　　　　　　　　　　　　ELECTRONICALLY FILED
  v.

SCOTT TYREE,

        Defendant.

**ORDER DIRECTING RE-ASSIGNMENT BECAUSE OF EXTENDED UNAVAILABILITY OF THE CURRENT DISTRICT COURT JUDGE**

Although this Court intended to complete the hearing today (April 2, 2019), rule on the two pending motions/requests, and thus conclude these matters with a final order today, the stay of the hearing by the United States Court of Appeals for the Third Circuit has prevented the conclusion of this matter today.  In order to assure the prompt resolution of the pending motions/requests (especially a judicial decision on the location of the supervised release of defendant, since defendant's supervised release is to commence on April 6, 2019), and because there are two viable options outside of the districts where the victim and her family reside, which already have been evaluated and approved by our U.S. Probation Office,[1] and since this Court will be out of Chambers, and out of the country, on a long-planned, extended family vacation, starting early tomorrow morning (April 3, 2019) with limited and intermittent availability, this Court directs that this criminal matter be re-assigned, consistent with the standard procedure of the United States District Court for the Western District of Pennsylvania.

SO ORDERED, this 2nd day of April, 2019

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc:  All ECF Counsel of Record

---

[1] The Probation Office for the Western District of Pennsylvania has been diligently working, and has located two districts in other parts of the United States that are willing to supervise Defendant during the three years of his supervised release which have substantial expertise in the re-entry of convicted sex offenders and can provide him with appropriate housing and skill training options; further, the Probation Office has offered to provide funding to support Defendant in these other districts as necessary.