IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-19 |
| | ) | |
| | ) | |
| SCOTT TYREE. | ) | |

**NOTICE OF ATTORNEY UNAVAILABILITY**

R. Damien Schorr, counsel for Scott Tyree, files this Notice of Attorney Unavailability to advise this Court that I will be traveling beginning May 3 through May 13, 2019 with limited access to the Internet and telephone service. I am unavailable Wednesday, May 1, 2019 all day. I have a guilty plea scheduled for the morning of Tuesday, April 30, 2019.

          Respectfully submitted,

          /s/ R. Damien Schorr
          R. Damien Schorr
          Pa. Id. No. 62928
          Counsel for Scott Tyree

Dated: April 29, 2019