PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Scott Tyree | Docket No.:2:02CR00019 |
| Sentencing Judge: | William L. Standish, Senior United States District Judge | |
| Assigned Judge: | Nora Barry Fischer, United States District Judge | |
| Date of Original Sentence: | September 26, 2003 | |
| Original Offense: | Count 2: 18 U.S.C. § 2423(b) Travel with Intent to Engage in a Sexual Act with a Juvenile | |
| | Count 4: 18 U.S.C. §2251(a) Sexual Exploitation of a Minor | |
| Original Sentence: | 235 months of imprisonment; 36 months of supervised release | |
| Special conditions: | Substance Abuse Testing, Financial Disclosure, Mental Health Treatment, Sex Offender Treatment, No New Debt/Credit, Sex Offender Registration, Special Assessment, Restitution - Money, No Contact with Minors, Computer/Internet Restrictions, Forfeiture, Financial Address Change to AUSA, Drug Treatment, Polygraph Examination, No Possession of Child Pornographic Materials, No Possession of Pornographic Materials, Reentry Center-Full-Time, Place Restriction Under 18 Present, Search/Seizure, No Contact with Victim, Computer Monitoring Software, Computer Search, Computer Search Warning to Others, Computer Search for Monitoring Software, No Internet Access | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: April 5, 2019 |
| Prior Court History: | 3/21/2019: Order; Hearing to Modify Conditions of Release. | |
| | 3/27/2019: Order; Hearing to Modify Conditions of Release. | |
| | 4/03/2019: Order; Modification of Conditions of Release. | |
| | 5/31/2019: Order; Victim Relief Hearing. | |

## PETITIONING THE COURT

☐ To Issue a Warrant
☐ Petition and Warrant sealed until arrest
☑ To Schedule a Show Cause Hearing
☐ No Bond is set
☐ To Issue a Summons
☐ Other

Defendant: Scott Tyree
Docket No.:2:02CR00019
Page 2

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATIONS

The defendant shall be placed at Renewal, Inc. for a period of up to 180 days. While at Renewal, the offender shall participate in any treatment or workforce development programs as directed and shall abide by all rules of the facility.

The defendant also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court.

The defendant shall participate in a sex offender treatment program, approved by the probation officer, until such time as the defendant is released from the program by the Court. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing; said testing shall continue throughout the term of supervision in order to monitor and ensure compliance with the conditions of supervision.

NATURE OF NONCOMPLIANCE

Between April 6, 2019, and May 20, 2019, the defendant accessed a website that allows access to pornographic images and links to live sexual videos. The undersigned officer confronted the defendant on June 10, 2019. During that meeting, Mr. Tyree admitted that he accessed the website. Furthermore, Mr. Tyree accessed the website on computers belonging to the school he was attending and at Renewal, Inc.

Additionally, the defendant submitted to a polygraph examination on June 19, 2019. Two polygraphers determined that the defendant used countermeasures during the examination to defeat the test. As a result, Mr. Tyree is noncompliant with the condition that requires him to participate in sex offender treatment.

Therefore, the Probation Office is requesting that a hearing be scheduled with the court for the defendant to show cause as to why supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Michael Howard
2019.07.03 13:43:25 -04'00'
Michael Howard
U.S. Probation Officer

Approved By: _____
Marcus J. White
2019.07.03 07:43:04 -04'00'
Marcus White
Supervisory U.S. Probation Officer

Date: 7/3/2019

Defendant: Scott Tyree
Docket No.:2:02CR00019
Page 3

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:

    ☐ Petition and Warrant sealed until arrest

    ☐ No Bond is set

    ☐ Bond is set at _____

    ☐ Bond is at the discretion of the Magistrate Judge

☒ That the (~~probationer~~/supervised releasee) appear at the United States Courthouse, at _Pittsburgh_, Pennsylvania, Courtroom No. _5B_, _5th_, Floor, with legal counsel on _July 12, 2019_ at _9:30 AM_, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. ____, ____, Floor, with legal counsel on ____ at ____, to show cause why supervision should not be revoked. The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on ____.

☐ Other: _____

_/s/ Nora Barry Fischer_
Nora Barry Fischer, United States District Judge

_July 5, 2019_
Date