```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA  )
                          )
        v.                )   Criminal No. 02-19
                          )
SCOTT TYREE               )

## MOTION TO CONTINUE HEARING

AND NOW, comes the United States of America, by its attorneys Scott W. Brady, United States Attorney and Tina O. Miller, Deputy United States Attorney, and hereby files the following motion to continue the hearing scheduled for Friday, July 12, 2019.

1. The Court has scheduled a hearing re Revocation of Supervised Release, at Doc. No. 328, ordering the defendant, his counsel, counsel for the government, and the probation officer to appear.

2. The probation officer is unable to attend on July 12, 2019. The probation officer is also unavailable July 11, July 30-August 5 and August 22-27, 2019.

3. Defendant's counsel consents to this continuance.

WHEREFORE, the United States of America requests the hearing be continued.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/Tina O. Miller
TINA O. MILLER
Deputy United States Attorney
tina.miller@usdoj.gov
PA ID No. 71101