IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )        Criminal No. 02-19
                                  )
SCOTT TYREE                       )

## ORDER

AND NOW, this _____ day of _____, 2019, after consideration of the Motion of the United States, IT IS HEREBY ORDERED that the hearing re Revocation of Supervised Release is continued to _____,_____,2019 at _____.

_____
UNITED STATES DISTRICT JUDGE