UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 02-19 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT TYREE | ) | |
| Defendant | | |

### ORDER OF DETENTION

AND NOW, this **10th** day of **July**, 20**19**, the defendant having appeared before the undersigned United States Magistrate Judge, the defendant is Ordered detained pending a final revocation hearing before United States District Judge Nora Barry Fischer.

IT IS ORDERED that the defendant is committed to the custody of the United States Marshal for the Western District of Pennsylvania.

IT IS FURTHER ORDERED that the defendant be produced before Judge Fischer on Wednesday, August 14, 2019 at 10:30AM in Courtroom 5B for further revocation proceedings.

Maureen P. Kelly
United States Magistrate Judge