IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-19 |
| | ) | |
| | ) | |
| SCOTT TYREE. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING**

Defendant Scott Tyree files this Unopposed Motion to Continue Hearing and states:

1. A Revocation of Supervised Release hearing in this case is set for August 14, 2019 at 10:30 a.m.

2. Counsel for Mr. Tyree, the Government and Probation Office have been working on a resolution of this matter that could eliminate the necessity of an evidentiary hearing or reduce its scope.

3. Additional time is needed to evaluate available options and to assess the impact of recent Supreme Court decisions on Mr. Tryee's situation.

4. Counsel for Mr. Tyree will be out of town August 1 through August 12. Counsel's schedule for this coming week is active.

5. A two week continuance of the Revocation of Supervised Release hearing is requested so that the parties have an opportunity to resolve this matter.

6. The government advised counsel that it has no objection to the granting of this motion. Counsel tried to reach the probation officer on this case for his concurrence.

WHEREFORE, Scott Tyree moves this Court for a two week continuance of the scheduled Revocation of Supervised Release hearing. A proposed Order is attached.

                                                Respectfully submitted,

                                                /s/ R. Damien Schorr
                                                R. Damien Schorr
                                                Pa. Id. No. 62928
                                                Counsel for Scott Tyree

Dated: July 28, 2019