IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 02-19 |
| | ) |
| SCOTT TYREE. | ) |

### ORDER

On this **29th** day of July, 2019, upon consideration of defendant Scott Tyree's Unopposed Motion to Continue Hearing, it is ORDERED, that the motion should be and hereby is, GRANTED; and it is

FURTHER ORDERED, that the Revocation of Supervised Release hearing set for August 14, 2019 is continued to **September 5, 2019 at 10:00 AM**.

By the Court,

_____, J.
Nora Barry Fischer
United States District Court Judge