IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-19 |
| | ) | |
| SCOTT TYREE | ) | |

**ORDER**

AND NOW, this _____ day of August, 2019, after consideration of the Motion of the United States, IT IS HEREBY ORDERED that the hearing re Revocation of Supervised Release is continued to _____, 2019, at _____.

_____
UNITED STATES DISTRICT JUDGE