IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 02-19 |
| ) | |
| ) | |
| SCOTT TYREE. ) | |

**MOTION TO CONTINUE HEARING**

Defendant Scott Tyree files through counsel this Motion to Continue Hearing and states:

1. A Supervised Release Revocation hearing is set for September 10, 2019 at 1:30 p.m.

2. Discovery is not complete. The government, probation office and counsel for Mr. Tyree have been working together, but third parties have not responded yet to requests for information that may be introduced at any hearing that may occur.

3. The government, probation office and counsel for Mr. Tyree agree that a continuance under these circumstances is appropriate.

WHEREFORE, defendant Scott Tyree requests that the revocation hearing set for September 10, 2019 be continued for a period not to exceed thirty days.

Respectfully submitted,

/s/ R. Damien Schorr
R. Damien Schorr
Pa. Id. No. 62928
Counsel for Scott Tyree

Dated: August 30, 2019