IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-19 |
| | ) | |
| | ) | |
| SCOTT TYREE. | ) | |

**ORDER**

On this _____ day of _____, 2019, upon consideration of defendant Scott Tyree's Motion to Continue, it is ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED, that the Hearing for Revocation of Supervised Release set for September 10, 2019 at 1:30 PM is continued to _____.

BY THE COURT,

_____, J.
NORA BARRY FISCHER
UNITED STATES DISTRICT COURT JUDGE