# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | Criminal No. <u>02-19</u> |
| ) | |
| SCOTT TYREE,    ) | |
| ) | |
| Defendant.    ) | |

**HEARING ON** <u>Telephone Conference of Counsel</u>

Before Senior Judge Nora Barry Fischer

<u>Tina O. Miller, AUSA</u>                             <u>R. Damien Schorr, Esq.</u>
       Appear for USA                              Appear for Defendant

Probation: Michael Howard

Hearing begun   <u>9/10/9 at 1:30 p.m.</u>        Hearing adjourned to <u>          </u>

Hearing concluded  <u>9/10/19 at 1:45 p.m.</u>   Stenographer <u>S. Siatkowski</u>
                                                                                  Clerk: B. Kravetz

## WITNESSES:

      For Govt                              For Defendant

<u>The Court held a telephone conference of counsel at the request of the parties at which time the parties discussed pertinent discovery and legal issues to be addressed at the upcoming supervised release violation hearing which is presently scheduled for Wednesday, October 2, 2019 at 9:00 a.m.  The Court ordered that the parties file a status report by **September 13, 2019** advising as to the status of discovery and whether there is a need for an expert to review same.  As to the dispute concerning the potential statutory maximum sentence, the Court ordered that Defendant shall file a Brief by **September 20, 2019** and the Government shall file a Response by **September 27, 2019**.  The Probation Office was also directed to investigate potential jurisdictions willing to supervise the defendant.  The transcript of today's proceeding was not requested by the parties and it was not ordered at this time.</u>