IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-19 |
| | ) | |
| | ) | |
| SCOTT TYREE. | ) | |

**JOINT STATUS REPORT PURSUANT TO ORDER AT DOC. NO. 347**

This Joint Status Report Pursuant to Order Doc. No. 347 is filed by counsel for defendant Scott Tyree.

Counsel for Mr. Tyree and the government met with Probation Officer Michael Howard on September 12, 2019 to review discovery materials. The meeting was productive but there is a significant amount of material yet to be reviewed. Counsel for Mr. Tyree and the government will meet with Mr. Howard again on Wednesday, September 18, 2019 to continue their review. At this point it cannot be determined whether an expert will need to be engaged by the defense.

Undersigned counsel has conferred with AUSA Tina Miller and Mr. Howard concerning this report and they concur.

                                                    Respectfully submitted,

                                                    /s/ R. Damien Schorr
                                                    R. Damien Schorr
                                                    Pa. Id. No. 62928
                                                    Counsel for Scott Tyree

Dated: September 13, 2019