IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-19 |
| | ) | |
| | ) | |
| SCOTT TYREE. | ) | |

**SECOND JOINT STATUS REPORT
PURSUANT TO ORDER DATED SEPTEMBER 13, 2019**

This Second Joint Status Report Pursuant to Order Dated September 13, 2019 is filed by counsel for defendant Scott Tyree.

Counsel for Mr. Tyree and the government met with Probation Officer Michael Howard on September 18, 2019 to continue to review discovery materials. The meeting was productive. Some material from outside parties is yet to be reviewed.

The parties are discussing various proposals to resolve this matter. If an agreement is reached, any of these proposals will eliminate the need for any further litigation before both this and higher courts.

Undersigned counsel has conferred with AUSA Tina Miller and Mr. Howard concerning this report and they concur.

Respectfully submitted,

/s/ R. Damien Schorr
R. Damien Schorr
Pa. Id. No. 62928
Counsel for Scott Tyree

Dated: September 19, 2019