IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs.   ) | Criminal No. 02-19 |
| ) | |
| SCOTT TYREE.   ) | |

**ORDER**

On this _19th_ day of September 2019, it appearing that the parties have tentatively reached agreement on the appropriate resolution of the matters before this Court, it is hereby ORDERED, that the briefing schedule set forth in this Court's Order dated September 10, 2019 at Doc. No. 347 is STAYED, and it is

FURTHER ORDERED, that the parties are relieved from any further briefing obligations unless subsequently ordered by this Court.

BY THE COURT,

_/s/ Nora Barry Fischer_, J.
NORA BARRY FISCHER
UNITED STATES DISTRICT COURT JUDGE