# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Criminal No. 02-19 |
| ) | |
| SCOTT TYREE, ) | |
| ) | |
| Defendant. ) | |

## HEARING ON SUPERVISED RELEASE VIOLATION

Before Senior Judge Nora Barry Fischer

Tina O. Miller, AUSA       R. Damien Schorr, Esq.
    Appear for USA      Appear for Defendant

Probation: Michael Howard

Hearing begun   10/2/19 at 9:03 a.m.       Hearing adjourned to _____
Hearing recesses 10/2/19 at 9:06 a.m.
Hearing reconvenes 10/2/19 at 10:04 a.m.
Hearing concluded  10/2/19 at 11:11 a.m.     Stenographer  S. Siatkowski
                                                                                                        Clerk: J. Galovich

## WITNESSES:

    For Govt                 For Defendant

Matter was to commence at 9:00 a.m.  However, Mr. Schorr mis-diaried time for proceeding; Upon arrival of Mr. Schorr, and after he has opportunity to confer with client, the Court reconvenes; Court details background of matter; Oath administered to defendant; Defendant answers Court's questions regarding competency and Court finds defendant competent; Court advises defendant of violations claimed in Petition on Supervised Release and Supplemental Petition (Doc. Nos. [326] and [329]); Defendant admits to violations 1 and 2; Violation of condition 3 is dismissed upon agreement of the parties;  Court hears from parties regarding proposed agreed-upon Sentence (which is also agreed to by defendant); Court makes additional findings on the record; Court finds defendant committed Violations 1 and 2 indicated in the Petitions; Court revokes defendant's Supervised Release; For said violations, the defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months at each of Counts 2 and 4, said terms to run concurrently w/recommendations more fully stated in Judgment; One (1) year of Supervised Release to follow for the violations at each of Counts 2 and 4, said terms of Supervised Release shall run concurrently w/standard and additional conditions more fully stated in Judgment; Pending Motion [262] terminated as moot, as a function of provisions of agreed-upon Judgment; Defendant advised of appeal rights; Defendant remanded to the custody of the U.S. Marshal.