# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 02-19 |
| ) | Judge Nora Barry Fischer |
| SCOTT TYREE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW, this 4th day of June, 2020, upon consideration of the Government's Response in Opposition to Defendant Scott Tyree's Motion for Return of Property, (Docket No. [360]),

IT IS HEREBY ORDERED that Defendant shall file a Reply Brief by **June 25, 2020**.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

Scott Tyree
BOP # 45380-083
FCI Elkton
PO Box 10
Lisbon, OH 44432
(via first class mail)

1